UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TASHA STOKES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:17-CV-34-FL |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 11, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,500.00.

**This Judgment Filed and Entered on May 11, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Kaba-Kabi Kazadi (via CM/ECF Notice of Electronic Filing)

May 11, 2018   PETER A. MOORE, JR., CLERK
  /s/ Sandra K. Collins
  (By) Sandra K. Collins, Deputy Clerk